UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEXTER BURBER,

        Plaintiff,                  Case Number: 2:16-cv-10449
                                                    HON. NANCY G. EDMUNDS

v.

JAMES E. CRAIG, et al.,

        Defendants.
_____/

## ORDER STRIKING COMPLAINT AND
## DISMISSING CASE WITHOUT PREJUDICE

Plaintiff Dexter Burber filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff is currently incarcerated at the Center for Forensic Psychiatry in Saline, Michigan.

Local Rule 5.1(a), Local Rules of the United States District Court for the Eastern District of Michigan, requires that all papers presented for filing must be "plainly typewritten, printed, or prepared by a clearly legible duplication process, and double-spaced." E.D. Mich. LR 5.1(a). The complaint filed by Petitioner fails to comply with these requirements. The handwriting is largely illegible, consisting of indecipherable loops and scribbles. Moreover, Federal Rule of Civil Procedure 8(a)(2) requires that a complaint set forth "a *short and plain* statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2) (emphasis supplied). To the extent it is legible, Plaintiff's complaint is confused and rambling, and fails to set forth a short and plain

statement of his claims.  Thus, the complaint fails to comply with Fed. R. Civ. P. 8(a)(2).

Accordingly, because the complaint fails to comply with Local Rule 5.1(a) and Federal Rule of Civil Procedure 8(a), the Court **ORDERS** the complaint **STRICKEN** from the record.  Should Plaintiff file future complaints in this Court, he is cautioned that the Court will be best able to address the merits of his claims if he provides a clear and concise statement of those claims.

The Court further **ORDERS** that this matter be **DISMISSED WITHOUT PREJUDICE**.

s/ Nancy G. Edmunds
NANCY G. EDMUNDS
UNITED STATES DISTRICT JUDGE

Dated: February 16, 2016